**Ex. A-7**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Anthony | | Alvarado | Anthony | Joshua | Alvarado | | Child | $8,500,000.00 |
| 2. | Victoria | | Alvarez-Brito | Jamie | | Brito | | Child | $8,500,000.00 |
| 3. | Victoria | | Alvarez-Brito | Mario | | Brito | | Spouse (Deceased) | $12,500,000.00 |
| 4. | Victoria | | Alvarez-Brito | Raul | | Brito | | Child | $8,500,000.00 |
| 5. | Scott | Daniel | Bart | Elizabeth | Courtney | Rick | | Spouse | $12,500,000.00 |
| 6. | Ronald | Paul | Bucca | Alfred | R. | Bucca | | Sibling | $4,250,000.00 |
| 7. | Ronald | Paul | Bucca | Astrid | | Bucca | | Parent | $8,500,000.00 |
| 8. | Ronald | Paul | Bucca | Eve | Elizabeth | Bucca | | Spouse | $12,500,000.00 |
| 9. | Ronald | Paul | Bucca | Robert | | Bucca | | Sibling | $4,250,000.00 |
| 10. | Ronald | Paul | Bucca | Ronald | Luke | Bucca | | Child | $8,500,000.00 |
| 11. | Ronald | Paul | Bucca | Jessica | | Bucca-Hughes | | Child | $8,500,000.00 |
| 12. | David | Gary | Carlone | Beverly | Deschino | Carlone | | Spouse | $12,500,000.00 |
| 13. | Steven | Paul | Chucknick | Barbara | Marie | Chucknick | | Spouse | $12,500,000.00 |
| 14. | Steven | Paul | Chucknick | Steven | Louis | Chucknick | | Child | $8,500,000.00 |

docs-100586487.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15. | Alex | F. | Ciccone | Stefanie | Marie | Oliva | | Spouse | $12,500,000.00 |
| 16. | Juan | Pablo Alvarez | Cisneros | Lidia | | Alvarez | | Parent | $8,500,000.00 |
| 17. | Juan | Pablo Alvarez | Cisneros | Alfonso | | Cisneros | | Parent | $8,500,000.00 |
| 18. | Juan | Pablo Alvarez | Cisneros | Ana | Maria | Cisneros | | Sibling | $4,250,000.00 |
| 19. | Jerry | Don | Dickerson | Elizabeth | Bailey | Dickerson | | Child | $8,500,000.00 |
| 20. | Jerry | Don | Dickerson | Page | Dantzler | Dickerson | | Spouse | $12,500,000.00 |
| 21. | Jerry | Don | Dickerson | William | Austin | Dickerson | | Child | $8,500,000.00 |
| 22. | Debra | Ann | DiMartino | Sol | | Newman | | Sibling | $4,250,000.00 |
| 23. | Debra | Ann | DiMartino | Angelo | John | Puma | | Sibling | $4,250,000.00 |
| 24. | Debra | Ann | DiMartino | Josephine | | Tabick | | Sibling | $4,250,000.00 |
| 25. | Jeffrey | | Dingle | Nicole | | Brathwaite-Dingle | | Spouse | $12,500,000.00 |
| 26. | Jeffrey | | Dingle | Jassiem | | Dingle | | Child | $8,500,000.00 |
| 27. | Jeffrey | | Dingle | Nia | | Dingle | | Child | $8,500,000.00 |
| 28. | Christopher | Michael | Duffy | Brian | Matthew | Duffy | | Sibling | $4,250,000.00 |
| 29. | Christopher | Michael | Duffy | John | | Duffy | | Parent | $8,500,000.00 |

docs-100586487.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30. | Christopher | Michael | Duffy | Kevin | Thomas | Duffy | | Sibling | $4,250,000.00 |
| 31. | Christopher | Michael | Duffy | Kathleen | | Langan | | Parent | $8,500,000.00 |
| 32. | Christopher | Michael | Duffy | Caitlin | McCaffrey | Meloy | | Sibling | $4,250,000.00 |
| 33. | Christopher | Michael | Duffy | Kara | Anne | Mylod | | Sibling | $4,250,000.00 |
| 34. | Joseph | Anthony | Eacobacci | Angela | | Eacobacci | | Parent | $8,500,000.00 |
| 35. | Joseph | Anthony | Eacobacci | Mitchell | Joseph | Eacobacci | | Parent | $8,500,000.00 |
| 36. | Lee | Stanley | Fehling | Joan | M. | Bischoff | | Parent | $8,500,000.00 |
| 37. | Lee | Stanley | Fehling | James | E. | Fehling | Jr. | Sibling | $4,250,000.00 |
| 38. | Lee | Stanley | Fehling | Kaitlin | Nicole | Fehling | | Child | $8,500,000.00 |
| 39. | Lee | Stanley | Fehling | Megan | Lee | Fehling | | Child | $8,500,000.00 |
| 40. | Lee | Stanley | Fehling | Thomas | John | Fehling | | Sibling | $4,250,000.00 |
| 41. | Lee | Stanley | Fehling | Danielle | Claire | Fehling-Wasnieski | | Spouse | $12,500,000.00 |
| 42. | Paul | Matthew | Fiori | Adriana | Marie | Fiori | | Child | $8,500,000.00 |
| 43. | Paul | Matthew | Fiori | Debbi | Liberta | Fiori | | Child | $8,500,000.00 |
| 44. | Paul | Matthew | Fiori | Lynda | Theresa | Scarcella | | Spouse | $12,500,000.00 |

docs-100586487.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45. | Dennis | James | Gomes | Cynthia | Marie | Gomes | | Spouse | $12,500,000.00 |
| 46. | Dennis | James | Gomes | Mackenzie | May | Gomes | | Child | $8,500,000.00 |
| 47. | Stephen | | Joseph | Gillian | Marcia | Gransaull-Joseph | | Spouse | $12,500,000.00 |
| 48. | Stephen | | Joseph | Tristan | Anthony | Joseph | | Child | $8,500,000.00 |
| 49. | Thomas | Edward | Jurgens | Jessica | Lynn | Jurgens | | Sibling | $4,250,000.00 |
| 50. | Thomas | Edward | Jurgens | Joseph | E. | Jurgens | | Parent | $8,500,000.00 |
| 51. | Thomas | Edward | Jurgens | Joseph | Brian | Jurgens | | Sibling | $4,250,000.00 |
| 52. | Douglas | | Ketcham | Dennis | | Ketcham | | Parent | $8,500,000.00 |
| 53. | Douglas | | Ketcham | Raenell | | Ketcham | | Parent (Deceased) | $8,500,000.00 |
| 54. | Douglas | | Ketcham | Denyse | Danielle | Kruse | | Sibling | $4,250,000.00 |
| 55. | Rajesh | | Khandelwal | Shivam | | Khandelwal | | Child | $8,500,000.00 |
| 56. | Amy | | King | Stewart | | King | Jr. | Parent (Deceased) | $8,500,000.00 |
| 57. | Frederick | | Kuo | Michael | Robert | Kuo | | Child | $8,500,000.00 |
| 58. | Thomas | Joseph | Kuveikis | Kathleen | | Gelman | | Sibling | $4,250,000.00 |
| 59. | Elena | Fernanda | Ledesma | Angelina | Krissy | Jimenez | | Child | $8,500,000.00 |

docs-100586487.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Elena | Fernanda | Ledesma | Shanhellen | Trissy | Jimenez | | Child | $8,500,000.00 |
| 61. | Stuart | (Soo-Jin) | Lee | Anne | Lynn | Hayashi | | Spouse | $12,500,000.00 |
| 62. | Stephen | Vincent | Mulderry | Amy | Kane | Mulderry | | Sibling | $4,250,000.00 |
| 63. | Stephen | Vincent | Mulderry | Andrew | Thomas | Mulderry | | Sibling | $4,250,000.00 |
| 64. | Stephen | Vincent | Mulderry | Anne | McGrath | Mulderry | | Parent | $8,500,000.00 |
| 65. | Stephen | Vincent | Mulderry | Anne | Connell | Mulderry | | Sibling | $4,250,000.00 |
| 66. | Stephen | Vincent | Mulderry | Daniel | Patrick | Mulderry | | Sibling | $4,250,000.00 |
| 67. | Stephen | Vincent | Mulderry | Darra | D | Mulderry | | Sibling | $4,250,000.00 |
| 68. | Stephen | Vincent | Mulderry | Peter | M | Mulderry | | Sibling | $4,250,000.00 |
| 69. | Stephen | Vincent | Mulderry | William | J. | Mulderry | | Sibling | $4,250,000.00 |
| 70. | Laurence | Florian | Nedell | Jennie | | Nedell | | Child | $8,500,000.00 |
| 71. | Laurence | Florian | Nedell | Laura | | Nedell | | Child | $8,500,000.00 |
| 72. | Laurence | Florian | Nedell | Lorraine | | Nedell | | Spouse | $12,500,000.00 |
| 73. | Richard | Al | Penny | Richard | Tyson | Penny | | Child | $8,500,000.00 |
| 74. | Richard | Al | Penny | Valada | Berencia | Penny | | Spouse | $12,500,000.00 |

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75. | William | Howard | Pohlmann | Linda | | Pohlmann | | Spouse | $12,500,000.00 |
| 76. | Scott | Alan | Powell | Art | Edward | Powell | | Sibling | $4,250,000.00 |
| 77. | Scott | Alan | Powell | Sydney | Ayesha | Powell | | Child | $8,500,000.00 |
| 78. | Scott | Alan | Powell | Scott | Alan | Watkins | | Child | $8,500,000.00 |
| 79. | Thomas | Michael | Regan | Allaistar | Mairead | Regan | | Child | $8,500,000.00 |
| 80. | Thomas | Michael | Regan | Connor | Patrick | Regan | | Child | $8,500,000.00 |
| 81. | Thomas | Michael | Regan | Gayle | Diane | Regan | | Spouse | $12,500,000.00 |
| 82. | Stephen | Louis | Roach | Eileen | B. | Roach | | Child | $8,500,000.00 |
| 83. | Stephen | Louis | Roach | Isabel | | Roach | | Spouse | $12,500,000.00 |
| 84. | Stephen | Louis | Roach | Mackenzie | A. | Roach | | Child | $8,500,000.00 |
| 85. | Stephen | Louis | Roach | Stephen | Louis | Roach | Jr. | Child | $8,500,000.00 |
| 86. | David | Michael | Ruddle | Amanda | Marie | Ruddle | | Child | $8,500,000.00 |
| 87. | Richard | Lawrence | Salinardi | Brittley | Christian | Wise | | Spouse | $12,500,000.00 |
| 88. | Ayleen | | Santiago | Carlos | Gilberto | Albert | | Sibling | $4,250,000.00 |
| 89. | Davis | Grier | Sezna | Davis | Grier | Sezna | | Parent | $8,500,000.00 |

docs-100586487.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 90. | Davis | Grier | Sezna | Gail | I. | Sezna | | Parent | $8,500,000.00 |
| 91. | Davis | Grier | Sezna | Walter | William | Sezna | | Sibling | $4,250,000.00 |
| 92. | Paul | Albert | Skrzypek | Laura | | Kingsbury | | Sibling | $4,250,000.00 |
| 93. | Paul | Albert | Skrzypek | Albert | John | Skrzypek | | Parent | $8,500,000.00 |
| 94. | Paul | Albert | Skrzypek | Edith | | Skrzypek | | Parent | $8,500,000.00 |
| 95. | James | Joseph | Suozzo | June | Ryan | Pietruszkiewicz | | Spouse | $12,500,000.00 |
| 96. | James | Joseph | Suozzo | Alexander | James | Suozzo | | Child | $8,500,000.00 |
| 97. | James | Joseph | Suozzo | Timothy | John | Suozzo | | Child | $8,500,000.00 |
| 98. | Kip | | Taylor | Ann | Marie | Taylor | | Sibling | $4,250,000.00 |
| 99. | Kip | | Taylor | Dean | | Taylor | | Sibling | $4,250,000.00 |
| 100. | Kip | | Taylor | Dean | Ross | Taylor | | Child | $8,500,000.00 |
| 101. | Kip | | Taylor | John | Luke | Taylor | | Child | $8,500,000.00 |
| 102. | Kip | | Taylor | Kay | Ann | Taylor | | Parent | $8,500,000.00 |
| 103. | Kip | | Taylor | Nancy | | Taylor | | Spouse (Deceased) | $12,500,000.00 |
| 104. | Frank | | Wisniewski | Judith | | Knight | | Sibling | $4,250,000.00 |

docs-100586487.1

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 105. | Frank | | Wisniewski | Mary | | Wisniewski | | Parent (Deceased) | $8,500,000.00 |
| 106. | Frank | | Wisniewski | Vincent | | Wisniewski | | Sibling | $4,250,000.00 |
| 107. | Jacqueline | | Young | James | | McKenly | | Sibling | $4,250,000.00 |
| 108. | Jacqueline | | Young | Loubertha | | Williams | | Parent | $8,500,000.00 |

**TOTAL** $866,000,000.00