UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD) (SN) |
|---|---|

**This document relates to:**
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 18-cv-5339 (GBD) (SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 18-cv-11875 (GBD) (SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 18-cv-12277 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 19-cv-11865 (GBD) (SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 20-cv-9387 (GBD) (SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 20-cv-10902 (GBD) (SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 22-cv-5193 (GBD) (SN)
*Justin Strauss, et al. v. Islamic Republic of Iran*, No. 22-cv-10823 (GBD) (SN)

## ORDER OF PARTIAL FINAL JUDGMENTS IN THE ABOVE-CAPTIONED MATTERS FOR LIABILITY FOR *KING* AND *STRAUSS* PLAINTIFFS AND FOR DAMAGES ON BEHALF OF PLAINTIFFS IDENTIFIED IN EXHIBITS A AND B

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A and B to this Order through their Motion for Partial Final Judgment against the Defendant Islamic Republic of Iran ("Iran"), as to liability for all Plaintiffs named in *Susan M. King, et al. v. Islamic Republic of Iran*, No. 22-cv-5193 (GBD) (SN) and *Justin Strauss, et al. v. Islamic Republic of Iran*, No. 22-cv-10823 (GBD) (SN), and as to damages for certain Plaintiffs in the above-captioned matters who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001 (*See* ECF No. 9295[1]), as specifically identified in attached Exhibit A, or who are each an estate of an individual who was killed in the terrorist attacks on September 11, 2001, as specifically identified in the attached Exhibit B, and the judgment by default for liability against Iran entered as follows:

---

[1] Unless otherwise indicated, all ECF citations included herein refer to documents filed in the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN).

1

- *Kamardinova, et al. v. Islamic Republic of Iran*, No. 18-cv-5339, ECF No. 4596;

- *Jimenez, et al. v. Islamic Republic of Iran*, No. 18-cv-11875, ECF No. 5056;

- *Hemenway, et al. v. Islamic Republic of Iran*, No. 18-cv-12277, ECF No. 5054;

- *Bernaerts, et al. v. Islamic Republic of Iran*, No. 19-cv-11865, ECF No. 7522;

- *Hargrave, et al. v. Islamic Republic of Iran*, No. 20-cv-9387, ECF No. 7522;

- *Bianco, et al. v. Islamic Republic of Iran*, No. 20-cv-10902, ECF No. 7522;

together with the entire record in this case, it is hereby:

**ORDERED** that service of process was properly effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;[2] and it is further

**ORDERED** that the motion for judgment by default against Iran on behalf of the Plaintiffs in the above-captioned matters is **GRANTED** and judgments as to liability are entered in favor of all Plaintiffs against Iran in the following cases:

- *King, et al. v. Islamic Republic of Iran*, No. 22-cv-5193;[3]

- *Strauss, et al. v. Islamic Republic of Iran*, No. 22-cv-10823;

and it is further

**ORDERED** that partial final judgment is entered against Iran on behalf of those Plaintiffs in the above-captioned matters who are identified in the attached Exhibit A who are each a spouse, parent, child or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is further

---

[2] This only applies for the Plaintiffs in this motion in the above-referenced 2018 matters, and for all Plaintiffs in *King* and *Strauss*.

[3] *King* Plaintiffs' Motion for Partial Final Judgment Against the Islamic Republic of Iran (ECF No. 9147) is granted only as to the issue of Iran's liability. Damages remain to be determined.

**ORDERED** that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is further

**ORDERED** that partial final judgment is entered against Iran on behalf of the Plaintiffs in the above-captioned matters, as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit B; and it is further

**ORDERED** that Plaintiffs identified in the attached Exhibit B are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibit B; and it is further

**ORDERED** that Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration", ECF No. 9297) are awarded economic damages as set forth in the attached Exhibit B and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs receiving pain and suffering damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that Plaintiffs receiving economic damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from August 1, 2023 until the date of judgment; and it is further

**ORDERED** that Plaintiffs identified in Exhibits A and B may submit an application for

3

punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matters not appearing in Exhibits A and B may submit in later stages applications for damages awards.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motions at:

- ECF No. 9295 in 03-md-1570;
- ECF No. 239 in *Kamardinova*, 18-cv-5339;
- ECF No. 171 in *Jimenez*, 18-cv-11875;
- ECF No. 244 in *Hemenway*, 18-cv-12277;
- ECF No. 186 in *Bernaerts*, 19-cv-11865;
- ECF No. 150 in *Hargrave*, 20-cv-9387;
- ECF No. 143 in *Bianco*, 20-cv-10902;
- ECF No. 69 in *King*, 22-cv-5193; and
- ECF No. 37 in *Strauss*, 22-cv-10823.

Dated: New York, New York
      November 6, 2023

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

4

# Exhibit A

| Plaintiff's Name | 9/11 Decedent's Name (Last, First Middle) | Member Case | Relationship to 9/11 Decedent | Solatium Damages Amount |
|---|---|---|---|---|
| April Fitzgerald, as Personal Representative of the Estate of Merlyn Maloy | Maloy, Gene | *Jimenez* | Parent | $8,500,000.00 |
| Sanchez Jr., Raymond | Sanchez, Raymond | *Bernaerts* | Child | $8,500,000.00 |
| Tamika Taylor, as Personal Representative of the Estate of Donnie Taylor Jr. | Taylor, Donnie Brooks | *Bernaerts* | Child | $8,500,000.00 |
| Arroyo, Ayleen J. | Santiago, Ayleen J. | *King* | Child | $8,500,000.00 |
| Santiago, George J. | Santiago, Ayleen J. | *King* | Child | $8,500,000.00 |
| Ayleen Arroyo and George J. Santiago as co-Personal Representatives of the Estate of George Santiago | Santiago, Ayleen J. | *King* | Spouse | $12,500,000.00 |
| Mayer, Nicholas Dorian | Beug, Carolyn Anne | *Strauss* | Child | $8,500,000.00 |
| Mayer-Beug, Lauren Paula | Beug, Carolyn Anne | *Strauss* | Child | $8,500,000.00 |
| Mayer-Beug-Wood, Lindsey Erin[4] | Beug, Carolyn Anne | *Strauss* | Child | $8,500,000.00 |
| Cardona, Joshua Manuel | Cardona, Jose Manuel | *Strauss* | Child | $8,500,000.00 |
| Cardona, Paulina C. | Cardona, Jose Manuel | *Strauss* | Spouse | $12,500,000.00 |
| Diaz-Piedra IV, Michael Maurice | Diaz-Piedra, Michael Angelo | *Strauss* | Child | $8,500,000.00 |
| Diaz-Piedra, Thomas John | Diaz-Piedra, Michael Angelo | *Strauss* | Child | $8,500,000.00 |
| Somervell, Monique Kristine | Diaz-Piedra, Michael Angelo | *Strauss* | Child | $8,500,000.00 |
| Weightman Diaz-Piedra, Kelly Marie | Diaz-Piedra, Michael Angelo | *Strauss* | Spouse | $12,500,000.00 |
| Brent, Casey Maurice | Powell, Scott Alan | *Strauss* | Child | $8,500,000.00 |

---

[4] Lindsey Erin Mayer-Beug-Wood's name is misspelled as Lindsey Mayer Bueg-Wood on the *Strauss* docket. *See* Compl., *Strauss v. Islamic Republic of Iran*, No. 22-cv-10823, ECF No. 1. Counsel should file a motion to correct this apparent typographical error.

| Plaintiff's Name | 9/11 Decedent's Name (Last, First Middle) | Member Case | Relationship to 9/11 Decedent | Solatium Damages Amount |
|---|---|---|---|---|
| Brian Weaver and Michael Weaver, as co-Personal Representatives of the Estate of Joan Claire Weaver | Weaver, Walter Edward | *Strauss* | Parent | $8,500,000.00 |
| Weaver, Michael Anthony | Weaver, Walter Edward | *Strauss* | Sibling | $4,250,000.00 |
| **TOTAL SOLATIUM DAMAGES** | | | | $160,750,000.00 |

# Exhibit B

| Plaintiff's Name | 9/11 Decedent's Name (Last, First Middle) | Member Case | Economic Damages Amount | Pain and Suffering Damages Amount |
|---|---|---|---|---|
| Sophia W. M. Feliciano, as Personal Representative of the Estate of George Lopez | Lopez, George | *Kamardinova* | $2,594,109.00 | N/A |
| Daniel Rodriguez, as Personal Representative of the Estate of Marsha A. Rodriguez | Rodriguez, Marsha A. | *Hemenway* | $2,474,573.00 | N/A |
| Raymond Sanchez Jr., as the Personal Representative of the Estate of Raymond Sanchez | Sanchez, Raymond | *Bernaerts* | N/A | $2,000,000.00 |
| Teresa Marchbanks, as the Personal Representative of the Estate of Joseph Ross Marchbanks Jr. | Marchbanks Jr., Joseph Ross | *Hargrave* | $2,857,790.00 | N/A |
| Teresa Maude, as the Personal Representative of the Estate of Timothy Joseph Maude | Maude, Timothy Joseph | *Hargrave* | $4,435,494.00 | N/A |
| Shari Tolbert, as the Personal Representative of the Estate of Otis Vincent Tolbert | Tolbert, Otis Vincent | *Bianco* | $8,396,553.00 | N/A |
| Ayleen Arroyo, as Personal Representative of the Estate of Ayleen J. Santiago | Santiago, Ayleen J. | *King* | N/A | $2,000,000.00 |
| Lauren Paula Mayer-Beug, as Personal Representative of the Estate of Carolyn Anne Beug | Beug, Carolyn Anne | *Strauss* | N/A | $2,000,000.00 |
| Paulina Cardona, as Personal Representative of the Estate of Jose Manuel Cardona | Cardona, Jose Manuel | *Strauss* | N/A | $2,000,000.00 |

9

| Plaintiff's Name | 9/11 Decedent's Name (Last, First Middle) | Member Case | Economic Damages Amount | Pain and Suffering Damages Amount |
|---|---|---|---|---|
| Kelly Weightman Diaz-Piedra, as Personal Representative of the Estate of Michael Diaz-Piedra III | Diaz-Piedra III, Michael Angelo | *Strauss* | N/A | $2,000,000.00 |
| Brian Weaver, as Personal Representative of the Estate of Walter Edward Weaver | Weaver, Walter Edward | *Strauss* | N/A | $2,000,000.00 |
| **TOTAL ECONOMIC DAMAGES** | | | | $20,758,519.00 |
| **TOTAL PAIN AND SUFFERING DAMAGES** | | | | $12,000,000.00 |
| **TOTAL DAMAGES** | | | | $32,758,519.00 |