**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
: 
IN RE:                                :         ORDER
: 
                                                                                                03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                  :
SEPTEMBER 11, 2001                    :
: 
------------------------------------- x

This document relates to:

    *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member
    case *Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230 (GBD) (SN))
    *DeRubbio, et al. v. Islamic Republic of Iran*, 18-cv-5306 (GBD) (SN)
    *Agyeman, et al. v. Islamic Republic of Iran*, 18-cv-5320 (GBD) (SN)
    *Schlissel, et al. v. Islamic Republic of Iran*, 18-cv-5331 (GBD) (SN)
    *Jimenez, et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN)
    *Hemenway, et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
    *BNY Mellon, et al. v. Islamic Republic of Iran*, 19-cv-11767 (GBD) (SN)
    *Bodner, et al. v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
    *Bernaerts, et al. v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN)
    *Asaro, et al. v. Islamic Republic of Iran*, 20-cv-10460 (GBD) (SN)
    *Bianco, et al. v. Islamic Republic of Iran*, 20-cv-10902 (GBD) (SN)

**ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE
PLAINTIFFS LISTED IN EXHIBIT A**

GEORGE B. DANIELS, United States District Judge:

       The Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 9917, 9977, 9999, 10139.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Frank H. Granito, III, Esq. and the exhibits thereto (ECF No. 9918), the Declarations of James P. Kreindler, Esq. and the exhibits thereto (ECF No. 9978, 10000), and the Declaration of Jerry S. Goldman, Esq. (ECF No. 10141); and in light of the default judgments as to liability against the

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

Islamic Republic of Iran entered on August 31, 2015 (ECF No. 3021), May 28, 2019 (ECF No. 4563), June 21, 2019 (ECF Nos. 4597–4598), September 3, 2019 (ECF Nos. 5054, 5056), and January 4, 2022 (ECF No. 7522); together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 1238, 4685, 4694, 6895–6897, 6899, 6901, ECF No. 49 in 18-cv-5306, ECF No. 55 in 18-cv-5320, and ECF No. 53 in 18-cv-5331); and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein,[2] and as supported by the expert reports and analyses tendered in conjunction with the Granito Declaration (*see* ECF No. 9921), the Kreindler Declarations (*see* ECF Nos. 9980, 10002), and the Goldman Declaration (*see* ECF No. 10141); and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

---

[2] In their moving papers, certain Plaintiffs seek treble damages pursuant to the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333. As ATA claims cannot be brought against sovereign defendants, *see* 18 U.S.C. § 2337(2), these Plaintiffs' motions are DENIED as to their requests for treble damages.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at:

- ECF Nos. 9917, 9977, 9999, and 10139 in 03-md-1570;
- ECF Nos. 2086, 2104, and 2108 in 02-cv-6977;
- ECF No. 329 in 02-cv-7230;
- ECF No. 303 in 18-cv-5306;
- ECF No. 261 in 18-cv-5320;
- ECF No. 226 in 18-cv-5331;
- ECF No. 220 in 18-cv-11875;
- ECF No. 285 in 18-cv-12277;
- ECF No. 182 in 19-cv-11767;
- ECF No. 183 in 19-cv-11776;
- ECF No. 233 in 19-cv-11865;
- ECF No. 185 in 20-cv-10460; and
- ECF No. 167 in 20-cv-10902.

Dated: August 28, 2024
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

3

# Exhibit A

| # | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | Nationality on 9/11 | Date of Death | 9/11 Site | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | | | | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | |
| 1 | Dohee | | Kang | | Joon Koo | | Kang | | US | 9/11/01 | NY | 02cv07230 | 1463 at 89 | | 3226 at 10 | $ - | 9921-1 | 6/14/2024 | | $ 5,928,387.00 | |
| 2 | Madeline | Lew | Moy | | Teddington | H. | Moy | | US | 9/11/01 | VA | 02cv07230 | 1463 at 90 | | 3226 at 10 | $ - | 9921-2 | 6/15/2024 | | $ 3,093,777.00 | |
| 3 | Arlene | | Beyer | | Paul | M. | Beyer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | 8711-1 at 6, 8723 | 3226 at 8 | $ - | 9980-5 | 7/1/24 | | $ 4,166,944.00 | |
| 4 | Geraldine | | Cefalu | | Jason | | Cefalu | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $ - | 9980-6 | 7/1/24 | | $ 5,228,921.00 | |
| 5 | Susan | | Correa | | Ruben | D. | Correa | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9980-4 | 7/1/24 | | $ 3,492,642.00 | |
| 6 | Christopher | | Della Pietra | | Joseph | | Della Pietra | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9980-21 | 7/1/24 | | $ 4,650,502.00 | |
| 7 | Frank | | Distefano | | Douglas | | Distefano | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9980-24 | 7/1/24 | | $ 3,018,031.00 | |
| 8 | Elisabet | | Gardner | | William | A. | Gardner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 8 | $ - | 9980-1 | 7/1/24 | | $ 1,889,445.00 | |
| 9 | Carol | | Haran | | James | | Haran | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 5; 8275-1 at 6, 8973 | $ - | 9980-11 | 7/1/24 | | $ 3,951,307.00 | |
| 10 | Delores | | Legree | | Anthony | | Hawkins | | US | 9/11/01 | NY | 02cv06977 | 1463 at 39 | | 3226 at 6 | $ - | 9980-8 | 7/1/24 | | $ 1,546,715.00 | |
| 11 | Joy | | Johnston | | William | | Johnston | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 5; 8275-1 at 6, 8973 | $ - | 9980-3 | 7/1/24 | | $ 1,765,639.00 | Decedent's last name is listed as Johnson, 1463 at 63 and 3226 at 5. PR's last name is listed as Johnson, 1463 at 63 |
| 12 | Arsen | | Kolpakov | | Irina | | Kolpakova | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ - | 9980-16 | 7/1/24 | | $ 2,184,186.00 | Decedent's last name is listed as Kolpakov on 1463 at 50 and 3226 at 7. PR's last name is listed as Kolpakov on 1463 at 50 |
| 13 | Yun Yu | | Zheng | | Raymond | Kui Fai | Kwok | | US | 9/11/01 | NY | 02cv06977 | 1463 at 55 | | 3226 at 8 | $ - | 9980-10 | 7/1/24 | | $ 3,655,918.00 | |
| 14 | Christy | | Ferer | | Neil | D. | Levin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-7 | 7/1/24 | | $ 10,476,126.00 | |
| 15 | Enrica | | Naccarato | | Lorraine | | Lisi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-9 | 7/1/24 | | $ 2,427,782.00 | |
| 16 | Yvonne | | Ramirez | | Linda | C. | Mair Grayling | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-18 | 7/1/24 | | $ 1,562,132.00 | |
| 17 | Susan | | McDermott | | Matthew | T. | McDermott | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-2 | 7/1/24 | | $ 28,132,860.00 | |
| 18 | Richard | A. | Pitino | | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-23 | 7/1/24 | | $ 15,829,586.00 | |
| 19 | Diane | | Monahan | | John | G. | Monahan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-17 | 7/1/24 | | $ 2,141,695.00 | |
| 20 | Nancy | | Moroney | | Dennis | | Moroney | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-14 | 7/1/24 | | $ 12,095,705.00 | |
| 21 | Elizabeth | | Murphy | | Charles | A. | Murphy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-22 | 7/1/24 | | $ 5,408,230.00 | |
| 22 | Sampath | | Pakkala | | Deepa | | Pakkala | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | | 3226 at 8 | $ - | 9980-12 | 7/1/24 | | $ 4,916,372.00 | |
| 23 | Donna | | Paolillo | | John | | Paolillo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 19 | | 3226 at 5; 8275-1 at 9, 8973 | $ - | 9980-20 | 7/1/24 | | $ 3,489,218.00 | |
| 24 | Jyothi | J. | Shah | | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7 | $ - | 9980-15 | 7/1/24 | | $ 6,789,309.00 | |
| 25 | Suzanne | | Swaine | | John | F. | Swaine | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 5; 8275-1 at 10, 8973 | $ - | 9980-13 | 7/1/24 | | $ 26,657,154.00 | |
| 26 | Nadadur | S. | Kumar | | Pendyala | | Vamsikrishna | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ - | 9980-19 | 7/1/24 | | $ 6,096,254.00 | |
| 27 | Jennifer | | Reilly | | Kevin | O. | Reilly | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8 | $ - | 10002-1 | 7/1/24 | | $ 6,479,294.00 | |
| 28 | Jeba | | Ahmed | | Shabbir | | Ahmed | | US | 9/11/01 | NY | 18cv05320 | 18cv05320, 7 at 8 | 4765-1 at 2; 4989 (granting 4765) | | | 10141-4, at 1 | 7/1/24 | | $ 886,536.00 | |
| 29 | Alexander | | Centro | | Alexander | Anthony | Centro | Jr. | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 2 | | | $ - | 10141-4, at 24 | 7/1/24 | | $ 1,824,647.00 | |
| 30 | RoseEllen | | Dowdell | | Kevin | Christopher | Dowdell | | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 3 | | | $ - | 10141-4, at 47 | 7/1/24 | | $ 3,594,094.00 | |
| 31 | Amy | | Eberling | | Dean | Phillip | Eberling | | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 4 | | | $ - | 10141-4, at 65 | 7/1/24 | | $ 10,308,736.00 | |
| 32 | Jennifer | | Artola | | Francis | Jude | Feely | | US | 9/11/01 | NY | 18cv05306 | 18cv05306, 6 at 9 | 9439 at 5; 9443 (granting 9439) | | $ - | 10141-4, at 87 | 7/1/24 | | $ 4,066,496.00 | |
| 33 | Janet | | Gambino | | Thomas | | Gambino | Jr. | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 5-6 | | | $ - | 10141-4, at 111 | 7/1/24 | | $ 2,867,202.00 | |
| 34 | Jamielah | | Persol | | DaJuan | | Hodges | | US | 9/11/01 | NY | 18cv12277 | 18cv12277, 1 at 1 | 7406 at 3; 7430 (granting 7406) | | $ - | 10141-4, at 129 | 7/1/24 | | $ 703,098.00 | |
| 35 | Kevin | | Casey | | Kathleen | Anne | Hunt-Casey | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 1 | | | $ - | 10141-4, at 152 | 7/1/24 | | $ 2,951,323.00 | |
| 36 | Philomena | Ann | Karczewski | | Charles | Henry | Karczewski | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 2 | | | $ - | 10141-4, at 176 | 7/1/24 | | $ 3,765,879.00 | |
| 37 | JoAnn | | Langone | | Thomas | | Langone | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 3 | | | $ - | 10141-4, at 199 | 7/1/24 | | $ 4,560,096.00 | |
| 38 | Mary | Ann | Ledee | | Kenneth | Charles | Ledee | | US | 9/11/01 | NY | 18cv12277 | 18cv12277, 1 at 3-4 | 7406 at 3-4; 7430 (granting 7406) | | $ - | 10141-5 at 1 | 8/1/24 | | $ 2,479,719.00 | |
| 39 | Lisa | | Luckett | | Edward | Hobbs | Luckett | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 4 | | | $ - | 10141-5 at 25 | 7/1/24 | | $ 6,746,406.00 | |
| 40 | Patrice | A. | Regan | | Nicholas | George | Massa | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 3 | | | $ - | 10141-5 at 48 | 7/1/24 | | $ 4,120,226.00 | |
| 41 | Noah | R. | McCloskey | | Katie | M. | McCloskey | | US | 9/11/01 | NY | 18cv11875 | 18cv11875, 6 at 18 | 9288 at 9; 9303 (granting 9288) | | $ - | 10141-5 at 71 | 8/1/24 | | $ 1,461,746.00 | |
| 42 | Elizabeth | | Rivas | | Moises | Norberto | Rivas | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 5 | | | $ - | 10141-5 at 94 | 7/1/24 | | $ 2,098,379.00 | |
| 43 | Toolsiedai a/k/a Ruby | | Seepersaud a/k/a Awan | | Roshan | Ramesh | Singh | | US | 9/11/01 | NY | 20cv10460 | 20cv10460, 1 at 6 | | | $ - | 10141-5 at 118 | 7/1/24 | | $ 2,214,101.00 | |
| 44 | Tara | | Strobert-Nolan | | Steven | Frank | Strobert | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 7 | | | $ - | 10141-5 at 133 | 7/1/24 | | $ 5,587,611.00 | |
| 45 | Kathleen | | Thompson | | Brian | T. | Thompson | | US | 9/11/01 | NY | 18cv05331 | 18cv05331, 5 at 9 | | | $ - | 10141-5 at 156 | 7/1/24 | | $ 3,217,849.00 | |
| 46 | Alda | | Walcott | | Courtney | Wainsworth | Walcott | | US | 9/11/01 | NY | 20cv10902 | 20cv10902, 1 at 7 | | | $ - | 10141-5 at 179 | 7/1/24 | | $ 2,478,577.00 | |
| 47 | Joan | | York | | Raymond | Robert | York | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 8 | | | $ - | 10141-5 at 202 | 7/1/24 | | $ 3,790,469.00 | |