USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'Neill et al.

V.

Republic of the Sudan et al

## CERTIFICATE OF MAILING

Case No.: __18-cv-12114__ ( GBD)(SN)

I hereby certify under the penalties of perjury that on the __26__ day of __June__, __2019__, I served:_____ Minister of Foreign Affairs, Ministry of Foreign Affairs at P.O BOX 873, Gamma Street, Khartoum, Sudan

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the _____ Summons, Complaint deemed filed on December 21, 2019, Civil Cover Sheet, Notice of Suit, Affidavit of translator(along with translations of the above documents)

by ___Fedex Tracking # 8025 2576 2904___ .

Dated: New York, New York
06/26/2019

RUBY J. KRAJICK
CLERK OF COURT

Shanee Mcleod
DEPUTY CLERK

# FedEx US Airbill

fedex.com 1.800.GoFedEx 1.800.463.3339

FedEx Tracking Number: 8025 2576 2904

**1 From** Please print and press hard.

Date: 6.24.19
Sender's FedEx Account Number: 6283-5404-9

Sender's Name: Ruby J. Krajick Clerk of Court
Phone: ( )

Company: Southern District of New York

Address: 500 Pearl Street

City: New York  State: NY  ZIP: 10007

**2 Your Internal Billing Reference**: 101147-JP001

**3 To**

Recipient's Name: Secy of State, Attn.: Director of Consular Ser.

Company: U.S. Dept. of State

Address: SA-29, 4th Floor
2201 C Street NW

City: Washington DC  State: DC  ZIP: 20520

**4 Express Package Service**

- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**

SATURDAY Delivery

No Signature Required
Direct Signature
Indirect Signature

Does this shipment contain dangerous goods?
- No
- Yes Shipper's Declaration not required
- Yes Dry Ice

Cargo Aircraft Only

**7 Payment** Bill to:
☑ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages  Total Weight  Total Declared Value

644

Form ID No. 0200