UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Correct in the above-captioned actions, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' Complaints, as amended:

| | Case Number | Plaintiff's Full Name as Pled | Plaintiff's Full Name as Amended |
|---|---|---|---|
| 1. | 1:04-cv-01076 | Karin Charles, individually, as surviving spouse of Kenneth Zelman | Karin Giansanti, individually, as surviving spouse of Kenneth Zelman |
| 2. | 1:04-cv-01076 | Karin Charles, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman | Karin Giansanti, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman |
| 3. | 1:19-cv-11865 | Karin Charles, individually, as surviving spouse of Kenneth Zelman | Karin Giansanti, individually, as surviving spouse of Kenneth Zelman |
| 4. | 1:19-cv-11865 | Karin Charles, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman | Karin Giansanti, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman |

docs-100728554.1

2

      The Clerk of the Court is hereby directed to terminate the motion docketed at ECF No. 10518.

Dated: New York, New York
       _____, 202\_

                                                    _____
                                                                                             J.

docs-100728554.1